*15*

IN THE · *District* COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF _Seattle WA,_

KENNETH MELTON          )
                         )  NO. _____
         Plaintiff,      )
                         )  **MOTION, DECLARATION AND**
                         )  **ORDER TO PROCEED IN FORMA**
     v.                  )  **PAUPERIS**
                         )
MICROSOFT CORP           )
                         )
         Defendant.      )  (Clerk's Action Requested)
Co-WORKERS  SPONSORS     )

## I.   **MOTION**

COMES NOW, Plaintiff _KENNETH MELTON_ , *pro se*, hereby moves the Court for an Order to allow filing of the above entitled action without prepayment of the filing fees and costs.

Plaintiff brings this action in good faith and lacks sufficient funds to prepay the filing fees. See *O'Connor v Matzdorff*, 76 Wn.2d 586, 601 (1969); RCW 36.18.022. RCW 36.18.022 states that the Court may waive the filing fees upon affidavit by a party that the party is unable to pay the fee due to financial hardship. A complete financial statement setting forth Plaintiff's current assets and debits is set forth below:

MOTION, DECLARATION AND ORDER
TO PROCEED IN FORMA PAUPERIS          1          MCC LAW LIBRARY FORM NO F-19.d

*16*

## II.    DECLARATION

I, _Kenneth Mehion_, declare that,

I cannot afford to meet my necessary household living expenses and pay the filing fees and surcharges imposed by the Court. Please see attached Financial Statement, which I incorporate as part of this declaration.

### FINANCIAL STATEMENT TO PROCEED IN FORMA PAUPERIS

1.    Are you presently employed?        [ ] Yes        [X] No

    a.    If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer: _____

    b.    If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received: _____

    _Genworth life insurance $1.000 Month._
    _11 17- 19_

2.    Have you received within the last twelve months any money from the following sources?

    a.    Business, profession or form of self-employment?    [ ] Yes    [ ] No
    b.    Rent payments, interest or dividends?    [ ] Yes    [ ] No
    c.    Pensions, annuities or life insurance payments?    [ ] Yes    [ ] No
    d.    Gifts or inheritances?    [X] Yes    [ ] No
    e.    Any other sources of income?    [ ] Yes    [ ] No

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the last 12 months: _last Annuity check,_ _11-12-19 + $6.ºº sent into prison for Hygien._

17

3.  Do you own any cash, or do you have any funds in a checking, savings or inmate account?    [ ] Yes    [X] No

If the answer is "yes", state the total value in each account: _____

_____

4.  Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? [X] Yes    [ ] No

If the answer is "yes", describe the property and state its approximate value: _____

*trust shares in 2025  $ 2,573.71  July 23 2025*.

5.  List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support: _____

*$ 211.00 child support comes from annuity pay-out contract from 2-17-18*

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I declare under penalty of perjury that the foregoing is true and correct.

Dated this *30* day of _*January*_, 20*20*, at _*Monroe*_, WA.

_____

(Print) *Kenneth Melton*

_____, *Pro se.*

DOC# *863 394*, Unit *C-401*
Monroe Correctional Complex
(Street Address)
P.O. Box *777*
Monroe, WA 98272

MOTION, DECLARATION AND ORDER
TO PROCEED IN FORMA PAUPERIS                3

18

In addition to the information in the financial statement I would like the Court to consider the following: _that I can not pay the court Billing Fee, or any other cost._

[ ]    (Check if applies.) I filed this motion by mail. I enclosed a self-addressed stamped envelope with the motion so that I can receive a copy of the Order once it is signed.

### III.    ORDER

This Court, after being duly advised, finds that the Plaintiff, *pro se* is Indigent and brings this action in good faith. Now, Therefore, IT IS HEREBY ORDERED:

1.    The Clerk of the Court will file this action without prepayment of a filing fee.

2.    Other: _and will let me file criminal charges when time comes, no charge._

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this _____ day of _____, 20___.

_____
Judge/Commissioner

Presented by:

_Kenneth Melton_
(Print) _KENNETH MELTON_
_____, *Pro se*.
DOC# _See 777_____, Unit __G·101___
Monroe Correctional Complex
(Street Address)
P.O. Box _777_
Monroe, WA 98272

MOTION, DECLARATION AND ORDER
TO PROCEED IN FORMA PAUPERIS                4

19

IN tHE DistRict Court oF tHE StatE oF wASHington
IN AND FoR tHE County oF SEattlE WA,

KEnnEtH mElton, )
_____ ) NO. _____
_____ ) MOTION FOR to WAivE
v. ) All Court FEES .w.
MicRosoPt LoRP ) FilEinoo FEES,
_____ )
_____+___ )
Co- WoRkERS, SPonlERt

## I.   RELIEF REQUESTED

Mr. KEnnEtH mElton moves the court for an order to uniuS All Court FEEX .w. Filÿing FEE'S _____ . This motion is set for hearing on the 14 day of FEIBRvARY , 20 2o, at 8.'30 (a.m.)/p.m.

## II.   STATEMENT OF FACTS

The following facts support this motion (Set out a succinct statement of the material facts supporting your motion. Add additional pages if necessary): I'm IN PRiSoN NO 3013, Cawt PAy $400.00 to stwl my PAettERS

MOTION FOR to WAiSE All Court FEES
.w. Filÿing FEE'S

MCC LAW LIBRARY FORM NO. A-3.d

PAGE: 1 OF 1

20

FROM SEXUAL ABUSING ME. i.W. thEiR GOVERMENT OPERATION. tARt tHE licENSE AgREMENT FOR oNliNE SERViGEs SucKERD PEOPlE INto, AND EVERY tiME YUuR CouRt tHiNKS IM CRAZY. WITH out CHECKiNg FiRSt AllC to GRANt ME A ORDER tHAt I HAE took oFF tHERE toRCHtoR SofT WEAR INtEll tHERE ClEARED FRom All AlAgatiow

MOTION FOR to WAIVE All CouRt FEES on Filing FEES

PAGE: 1 OF 2

21

## III.  STATEMENT OF THE ISSUE

The following issues are presented for resolution by the court (Specify the issues, e.g., whether the court should grant plaintiff leave to amend, etc.): _____

_____

_____

_____

_____

## IV.  EVIDENCE RELIED UPON

This motion is supported by the following documents (Specify what documents support your motion, e.g., Declaration of John Doe, etc.): _____

_____

_____

_____

## V.  LEGAL AUTHORITY

This motion is brought on the following grounds (Specify the grounds in which your motion is brought, include court rules, statutes and/or case law, etc. Add additional pages if necessary): _____

_____

_____

_____

_____

_____

_____

_____

MOTION FOR _to l·AiVE Aп Court Fees iω· Filing Fees,

PAGE: __1__ OF __3__

22

## VI.  PROPOSED ORDER

A proposed order accompanies this motion.

DATED this _____29_____ day of _____Jan_____, 20_20_

Kenneth metto

(Print) _KENNETH_   _MEITEN_
_____, Pro se.

DOC# _800337_ , Unit _L-101_
Monroe Correctional Complex
(Street address) _____
P.O. Box _777_
Monroe, WA 98272

MOTION FOR _to_ _waive_ _All_ Court Cost
'w. _Filing_ FEE's

PAGE: __1__ OF __4__

24

Case Name: _MELKN V MICROSOFT_     Case Number: _L 19-2026-MJP-MAT_

| Financial Statement (Attachment) | | | |
|---|---|---|---|
| 1. My name is: KENNETH MELTON | | | |
| 2. ☐ I provide support to people who live with me: How many? N/A     Age(s): N/A | | | |
| **3. My Monthly Income:** | | **6. My Monthly Household Expenses:** | |
| Employed: Full time ☐ Part time ☐ Unemployed ☒ | | Rent/Mortgage: $ ⊘ | |
| Employer's Name: | | Housing/rent provided by other party ☒ check if yes | |
| Dates of Employment (to/from): | | Food/Household Supplies: | $ |
| Gross pay/month (salary or hourly pay): | $ | Utilities (include cell phone) | $ |
| Take home pay per month: | $ | Transportation: | $ |
| **4. Other Sources of Income per Month in my Household** | | Ordered Maintenance actually paid: | $ |
| Source: | $ | Ordered Child Support paid: | $ 211.°° |
| Source: | $ | Clothing: | $ |
| Source: | $ | Child Care: | $ |
| Source: | $ | Education Expenses: | $ |
| N/A     Sub-Total: | $ N/A | Insurance (car, health): | $ |
| ☐ I receive food stamps<br>☐ I receive SSI, SSD, GAU, AFDC, TANF or other governmental assistance: $ ___ /month | | Medical Expenses: | $ |
| | | Other _____ | $ |
| Total income, lines 3 (take home pay) and 4: | $ NONE | Sub-Total: | $ 211.°° |
| **5. My Household Assets:** | | **7. My Other Monthly Household Expenses:** | |
| Cash on hand: | $ | | $ |
| Checking Account Balance: | $ | | $ |
| Savings Account Balance: | $ | NONE | $ |
| Auto #1 (Value less loan): | $ | | $ |
| Make/model: | | | |
| Auto #2 (Value less loan): | $ | Sub-Total: | $ ⊘ |
| Make/model: | | | |
| Home (Value less mortgage): | $ | **8. My Other Debts with Monthly Payments:** | |
| Other: | $ | SNOHOMISH SUPERIOR | $ 50.°° /mo |
| Other: | $ | EVERGREEN MUNICIPAL | $ 50.°° /mo |
| Other: | $ | AVL PROBATION | $ 25.°° /mo |
| Other: | $ | | $ /mo |
| Other: | $ | Sub-Total: | $ |
| **Total Household Assets:** | $ ⊘ | **Total Household Expenses and Debts, lines 6, 7, and 8:** | $ 185.°° |
| Date: 1-22-20 | | Signature: _Melton_ | |