1

IN THE DISTRICT COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SEATTLE WA.

KENNETH MELTON, ) NO.
) **20-CV-0152** JCC
) NOTICE OF MOTION
v. )
)
MICROSOFT CORP, ) Clerk's Action Required:
) Please Note this Motion for Hearing on
CO-WORKERS, SPONCERS ) ~~Jan~~ FEBRUARY, 20 20

TO: MICROSOFT LEGAL DEPT  CO-WORKER SPONCERS AND TO THE
CLERK OF THE ABOVE-ENTITLED COURT:

NATURE OF MOTION: NO CONTACT ORDER CONTAIN COMMUNITY ONLINE TORCHOR DEVICES + SOFTWEAR
STATEMENT OF FACTS:

SINS 7-26-15 DOCUMENTS, IMAGES, DATA
WILL SHOW IM ON THESE TORCHORING DEVICE.

I'M STATING look BEFOR YOU CALL ME CRAZY.
INVESTAGET SOFTWEAR, BEHAVIOR, BRAIN WAVES,
FREQUENCY, RADIO BROADCASTING ELECTRIC
SINGLE DATA HARD DRIVE SOFTWEAR.

NOTICE OF MOTION                    1

MCC LAW LIBRARY FORM NO. J-2.a

2

1  + SATALIGHT OTHERATION BROIN USE.
2  BY A CRIMAI INVESTAGATION

3

4     PLEASE TAKE NOTICE that the issue in this cause will be brought on for hearing
5  on the 14 day of FEBRUARY, 2020, at 8:30 (a.m.)/p.m., in
6  department _____, at the above-entitled Court.

7     DATED this 28 day of JAN, 2020

8

9                              Kenneth Melton (signature)
10                             (Print) KENNETH MELTON
                               _____, Pro se.
11                             DOC# 60,337, Unit C-101
                               Monroe Correctional Complex
12                             (Street address) _____
                               P.O. Box 777
13                             Monroe, WA 98272

14     List of names, addresses and telephone numbers of parties requiring notice:
15                                                                    #1
16  GOOGLE INC.                        _____
    (LEGAL DEPT)                       FIRE FOX MOZILLA
17  1600 AMPHITHEATRE PARKWAY          (ATTN) (LEGAL DEPT)
18  MOUNTAIN VIEW, CA, 94043           1120 NW. COUCH ST # 320
19                                     PORTLAND OR, 97209
20

21  FACE BOOK                          A-PEC SECRETARIAT
22  (LEGAL DEPT)                       35 HENG MUI RENG TERRANCE
23  1 HACKER WAY                       SINGAPORE 119616
24  MENLO PARK CA 94625
25                                     (LEGAL DEPT)
26

NOTICE OF MOTION                     2

Norton Security
Symantic Corp
(Attn) Legal Dept
350 Ellis St.
Mountain View, CA. 94043


I-Phone / Apple.
(Attn) Legal Dept
Cupertino, CA, 95014



FBI
Seattle Division
Cyber Crime ~~Dept~~ Division.
(Attn) Legal Dept
1110 3rd Ave
Seattle, WA, 98101



State Patrol
General Administration
Homeland Security Division
(Attn) Legal Dept
PO Box 42600
Olympia, WA. 98504

CRAIGSLIST HEADQUARTER
(ATTN) LEGAL DEPT
222 SUTTER ST. FL.9
SAN FRANCISCO CA, 94108-4460


MICROSOFT CORP
(ATTN) LEGAL DEPT
ONE MICROSOFT WAY
REDMOND, WA, 98052


BLUETOOTH SIG
(ATTN) LEGAL DEPT
5209 LAKE WASHINGTON BLVD NE. #350
KIRKLAND, WA, 98033


COMCAST/XFINITY WIFI
(ATTN) LEGAL DEPT
15815 25TH AVE. W.
LYNNWOOD, WA. 98087-2507



5

EVERETT CITY HALL
(ATTN) LEGAL DEPT
2930 WETMORE AVE, SUITE 10-A
EVERETT, WA, 98201


CITY OF SEATTLE
(ATTN) LEGAL DEPT
600 FOURTH AVE
SEATTLE, WA, 98124


CITY OF MARYSVILLE
(ATTN) LEGAL DEPT
1049 STATE AVE
MARYSVILLE, WA, 98270


CITY OF MUKILTEO
(ATTN) LEGAL DEPT
11930 CYRUS WAY
MUKILTEO, WA, 98275

#5
6

METRO PCS
(ATTN) LEGAL DEPT
2250 LAKESIDE BLVD
RICHARDSON, TX, 75082


STRAIGHT TALK C/O TRACFONE
(ATTN) LEGAL DEPT
9700 NW. 112TH AVE
MIAMI, FL. 33178


BEST BUY AKA GEEK SQUAD
(ATTN) LEGAL DEPT
1130 SE. EVERETT MALL WAY
STE A, EVERETT, WA, 98208

AT&T
(ATTN) LEGAL DEPT
1402 SE. EVERETT MALL WAY
STE 450 EVERETT, WA. 98208

SPRINT
(ATTN) LEGAL DEPT
333 INVERNESS DR S.
ENGLEWOOD CO 80112

#E 7

VERIZON WIRELESS
TECHNOLOGY DIVISION   CYBER CRIME/WIFI DEPT,
(ATTN) LEGAL DEPT
500 TECHNOLOGY DR WELDON SPRING MO 63301


T-MOBILE
(ATTN) LEGAL DEPT
12920 SE. 38TH ST
BELLEVUE, WA. 98006



WASTE MANAGEMENT
MARYSVILLE COMMERCIAL HAULING
(ATTN) LEGAL DEPT
13019 41ST AVE. NE.
MARYSVILLE, WA, 98271



WALMART HEADQUATERS
(ATTN) LEGAL DEPT
702 SW. 8TH ST.
BENTONVILLE, AR. 72716

#8

tulaip Police
(attn) legal Dept
6103 31 St. Ave NE.
tulaip, WA, 98271


Plublic Safety Commission
Block watch Alert
to (Attn) legal Dept
Po Box 1589-1511
Snohomish WA, 98291

Community Behavrol Management
microsoft has the address
I cant find online
Address comes up not right address.

Global Wireless Solutions Inc.
DMCA content manager
(Attn) legal Dept
23475 Rock Haven way Suite 165
Dulles Virginia, 20166

#9

SAMSUNG AMERICA
(ATTN) LEGAL DEPT
3655 N. 1st St.
SAN JOSE, CA, 95134


LG ELECTRONICS
(ATTN) LEGAL DEPT
201 JAMES RECORDS RD. SW
HUNTSVILLE, AL, 35824-1513


HP.
(ATTN) LEGAL DEPT
1501 PAGE MILL RD.
PALO ALTO, CA, 94304


EX-BOX
(ATTN) LEGAL DEPT
ONE MICROSOFT WAY
REDMOND, WA, 98052

REALTEK HEADQUARTERS
(ATTN) LEGAL DEPT
No. 2. INNOVATION Rd II,
HSINCHU SCIENCE PARK
HSINCHU 300 TAIWAN


YAHOO INC.
(ATTN) LEGAL DEPT
701 1st AVE   SUNNYVALE CA, 94089


BING HEADQUARTERS
(ATTN) LEGAL DEPT
555 110TH AVE NE.
BELLEVUE WA 98004


SOCIAL MEDIA CLUB
(LEGAL DEPT)
PO BOX 1506
MILLBRAE, CA, 94030

#16

WELLS FARGO BANK
(ATTN) LEGAL DEPT
5622 THIRD ST
KATY TX. 77493


NETFLIX INC
(ATTN) LEGAL DEPT
100 WINCHESTER CIR
LOS GATOS CA, 95032


NETWORK DATA SECURITY EXPERTS
(ATTN) LEGAL DEPT
521 BRANCHWAY RD. N.
CHESTERFIELD VA, 23236


SEQUENCE CONTROLS INC
(ATTN) LEGAL DEPT
150 ROSAMOND ST.
CARLETON, ON, K7C1V2

\# 17

BLACKBERRY Ltd
(ATTN) LEGAL DEPT
2200 UNIVERSITY AVE. E.
WATERLOO, ON, N2K0A7

BROADCAST COMMUNICATIONS MEDIA INC
(ATTN) LEGAL DEPT
3101 OCEAN PARK BLVD STE, 309
SATA MONICA, CA, 90405

TORCHLIGHT ENERGY RESOURCES INC.
(ATTN) LEGAL DEPT
5700 W. PLANO PKWY ST. 3600
PLANO TX 75093

TORCH ENERGY ADVISORS INC (TEA)
(ATTN) LEGAL DEPT
1331 LAMAR AVE ST. 1450
HOUSTON TX, 77010

#13

CHROME
(ATTN) LEGAL DEPT
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA. 94043


WINDOW 10
(ATTN) LEGAL DEPT
ONE MICROSOFT WAY
REDMOND, WA. 98052


WIKI,
MICROSOFT HAS THE ADDRESS


HD 360
MICROSOFT HAS THE ADDRESS


LIME WIRE   MICROSOFT HAS ADDRESS


PING    MICROSOFT HAS ADDRESS

AZIMTHROTX   MICROSOFT HAS ADDRESS

14

STATE OF WASHINGTON     )
                        )   AFFIDAVIT OF: ~~W.~~ NO CONTACT ORDER DOCUMENTS REQUEST
COUNTY OF SNOHOMISH     )

MICROSOFT, REALTEC, WIKI, COMMUNITY BEHAVIROL MANAGMENT, CO-WORKERS, SPONCERS, CYBER CRIME, SECURITY, DATA, NETWORK, TORCHOR INFORMATION SOFTWEAR PROGRAME, CONTAINS, FREQUENCY HD 360, LIME WIRE, AIMTHRAX, RADIO WAVES ELECTRIL SINGLE, ELECTROMAGNETIC. ~~Em~~ TRINITY WINDOWS 10, OUTLOOK, FIREFOX, GAMES, EX-BOX, GOOGLE, A-PEL, EXT.

I'M REQUESTING ALL SOFTWEAR DATA, ALL MY E-MAILS DATA. GOOGLE MAPS + LOCATIONS BLUETOOTH LINKS.

SUBSCRIBED AND SWORN to before me this __14__ day of __FEBRUARY__,

20 __20__ in Monroe, WA.

(Print) __KENNETH MELTON__

DOC# __866-337__, Unit __C-101__
Monroe Correctional Complex
(Street address) _____
P.O. Box __777__
Monroe, WA 98272

Notary Public in and for the State of Washington residing in Snohomish County, WA. My commission expires: __03/03/2021__

[Notary seal: SARAH POLANCO, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 03-03-2021]

MCC LAW LIBRARY FORM NO. A-1.b